IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br>    v.<br>INTEL CORPORATION,<br>                Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |
| CAMMY NELSON and PAUL ROTH, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>    v.<br>INTEL CORPORATION,<br>                Defendant. | Civil Action No. 08-406-JJF |

**STIPULATION OF DISMISSAL AS TO PLAINTIFF PAUL ROTH**

WHEREAS plaintiffs Cammy Nelson and Paul Roth filed the above-captioned class action against Intel Corporation on July 3, 2008;

WHEREAS plaintiff Paul Roth no longer wishes to participate as a named plaintiff, but wishes to preserve his claims as a member of the putative class;

WHEREAS Cammy Nelson will continue to serve as a representative of the putative class;

WHEREAS defendant Intel Corporation does not object to the dismissal of Paul Roth's claims without prejudice to his rights as a member of the putative class, as provided herein; and

WHEREAS the dismissal of Paul Roth's claims as provided herein is not intended to affect the claims asserted by Cammy Nelson in this action;

NOW THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the claims asserted by Paul Roth shall be dismissed without prejudice, without costs and without waiver of Mr. Roth's rights as a member of the putative class in this action.

| | |
|---|---|
| **PRICKETT, JONES & ELLIOTT, P.A.** | **POTTER ANDERSON & CORROON LLP** |
| By: _/s/ J. Clayton Athey_<br>James L. Holzman (#663)<br>J. Clayton Athey (#4378)<br>Laina M. Herbert (#4717)<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE  19899<br>(302) 888-6500<br>jlholzman@prickett.com<br>jcathey@prickett.com<br>lmherbert@prickett.com<br><br>*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated* | By: _/s/ W. Harding Drane, Jr._<br>Richard L. Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6027<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com<br><br>*Attorneys for Intel Corporation and Intel Kabushiki Kaisha* |